IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA STEMPIEN, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>                Defendants.<br><br>AND RELATED CASES | NO. C06-1811 TEH<br><br>ORDER GRANTING MOTION TO RELATE CASES AND ORDER STAYING CASES |

       This matter comes before the Court on Defendant Eli Lilly and Company's motion to relate additional cases involving Zyprexa and naming Eli Lilly and Company and McKesson Corporation as defendants. No Plaintiffs have objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

       Having reviewed Eli Lilly's papers, the Court finds that the cases identified by Eli Lilly meet the requirements for relation under Civil Local Rule 3-12. Accordingly, Eli Lilly's motion to relate cases is GRANTED, and the following cases shall be related to *Stempien v. Eli Lilly & Co.*, Case No. 06-1811 TEH:

       *Hill v. Eli Lilly & Co.*, Case No. C06-3473 PJH

       *Adamson v. Eli Lilly & Co.*, Case No. C06-3474 MHP

       *Agbuis v. Eli Lilly & Co.*, Case No. C06-3475 SC

       *Bieber v. Eli Lilly & Co.*, Case No. C06-3476 PJH

       *Kennon v. Eli Lilly & Co.*, Case No. C06-3477 SC

       *Askari v. Eli Lilly & Co.*, Case No. C06-3480 MJJ

       *Bell v. Eli Lilly & Co.*, Case No. C06-3481 JSW

*Allen v. Eli Lilly & Co.*, Case No. C06-3482 SBA

*Adams v. Eli Lilly & Co.*, Case No. C06-3483 MMC

*Anderson v. Eli Lilly & Co.*, Case No. C06-3569 PJH

Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above ten cases to the undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

IT IS FURTHER ORDERED that all of the above cases shall be STAYED, and any pending remand motions in the above cases shall be VACATED, for the reasons set forth in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 06/27/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT